IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00666-MSK-BNB

COMMUNICATIONS TECHNOLOGIES, INC.,

    Plaintiff,

v.

SPIRAL AVIATION TRAINING COMPANY, LLC,

    Defendant.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 25th day of April, 2006

                          **BY THE COURT:**

                          */s/ Marcia S. Krieger*
                          Marcia S. Krieger
                          United States District Judge