IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00666-MSK-BNB

COMMUNICATIONS TECHNOLOGIES, INC.,

    Plaintiff,

v.

SPIRAL AVIATION TRAINING COMPANY, LLC,

    Defendant.

## ORDER

THIS MATTER is before the Court on the Motion to Withdraw **(#36)**.  The Court being fully advised in the foregoing,

**ORDERS** that Motion to Withdraw **(#36) is GRANTED.**  Robert J. Vincze is withdrawn as counsel of record for the Defendant.

Dated this 14th day of December, 2006

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge